The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as indenture trustee of Windstream Services, LLC's 6 3/8% Senior Notes due 2023

DEFENDANTS
WINDSTREAM SERVICES, LLC

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Friedman Kaplan Seiler & Adelman LLP
7 Times Square, New York, NY 10026
Tel: 212-833-1100

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Declaratory Judgment, 28 U.S.C. 2201

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ]  Yes [✓]   Judge Previously Assigned

If yes, was this case  Vol. [ ]   Invol. [ ]   Dismissed.   No [ ]   Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No [x]        Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                   NATURE OF SUIT

TORTS                                                                                    ACTIONS UNDER STATUTES

CONTRACT                    PERSONAL INJURY         PERSONAL INJURY/                FORFEITURE/PENALTY      BANKRUPTCY                      OTHER STATUTES
                                                    [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE          [ ] 310 AIRPLANE        PHARMACEUTICAL PERSONAL         [ ] 625 DRUG RELATED    [ ] 422 APPEAL                  [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY        SEIZURE OF PROPERTY       28 USC 158                  [ ] 376 QUI TAM
[ ] 130  MILLER ACT               LIABILITY         [ ] 365 PERSONAL INJURY           21 USC 881            [ ] 423 WITHDRAWAL              [ ] 400 STATE
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &       PRODUCT LIABILITY        [ ] 690 OTHER                28 USC 157                        REAPPORTIONMENT
         INSTRUMENT               SLANDER           [ ] 368 ASBESTOS PERSONAL                                                                [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL                 INJURY PRODUCT                                                                   [ ] 430 BANKS & BANKING
         OVERPAYMENT &             EMPLOYERS'              LIABILITY                PROPERTY RIGHTS                                          [ ] 450 COMMERCE
         ENFORCEMENT               LIABILITY                                                                                                 [ ] 460 DEPORTATION
         OF JUDGMENT        [ ] 340 MARINE          PERSONAL PROPERTY               [ ] 820 COPYRIGHTS                                       [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                                  [ ] 830 PATENT                                                   ENCED & CORRUPT
[ ] 152  RECOVERY OF               LIABILITY        [ ] 370 OTHER FRAUD             [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                 ORGANIZATION ACT
         DEFAULTED          [ ] 350 MOTOR VEHICLE   [ ] 371 TRUTH IN LENDING                                                                         (RICO)
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                   [ ] 840 TRADEMARK                                        [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)           PRODUCT LIABILITY                                                         SOCIAL SECURITY                 [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL  [ ] 380 OTHER PERSONAL          LABOR
         OVERPAYMENT               INJURY                   PROPERTY DAMAGE                                 [ ] 861 HIA (1395ff)             [ ] 850 SECURITIES/
         OF VETERAN'S       [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE       [ ] 710 FAIR LABOR      [ ] 862 BLACK LUNG (923)                 COMMODITIES/
         BENEFITS                  MED MALPRACTICE          PRODUCT LIABILITY                STANDARDS ACT [ ] 863 DIWC/DIWW (405(g))                EXCHANGE
[ ] 160  STOCKHOLDERS                                                               [ ] 720 LABOR/MGMT      [ ] 864 SSID TITLE XVI
         SUITS                                      PRISONER PETITIONS                       RELATIONS      [ ] 865 RSI (405(g))
[x] 190  OTHER                                      [ ] 463 ALIEN DETAINEE          [ ] 740 RAILWAY LABOR ACT                                [ ] 890 OTHER STATUTORY
         CONTRACT                                   [ ] 510 MOTIONS TO              [ ] 751 FAMILY MEDICAL                                          ACTIONS
[ ] 195  CONTRACT                                       VACATE SENTENCE             LEAVE ACT (FMLA)        FEDERAL TAX SUITS                [ ] 891 AGRICULTURAL ACTS
         PRODUCT            ACTIONS UNDER STATUTES      28 USC 2255
         LIABILITY                                  [ ] 530 HABEAS CORPUS           [ ] 790 OTHER LABOR    [ ] 870 TAXES (U.S. Plaintiff or  [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE          CIVIL RIGHTS            [ ] 535 DEATH PENALTY                   LITIGATION             Defendant)                        MATTERS
                                                    [ ] 540 MANDAMUS & OTHER        [ ] 791 EMPL RET INC   [ ] 871 IRS-THIRD PARTY           [ ] 895 FREEDOM OF
                            [ ] 440 OTHER CIVIL RIGHTS                                     SECURITY ACT (ERISA)    26 USC 7609                       INFORMATION ACT
                                    (Non-Prisoner)                                                                                           [ ] 896 ARBITRATION
REAL PROPERTY               [ ] 441 VOTING                                                                                                   [ ] 899 ADMINISTRATIVE
                            [ ] 442 EMPLOYMENT                                      IMMIGRATION                                                      PROCEDURE ACT/REVIEW OR
[ ] 210  LAND               [ ] 443 HOUSING/        PRISONER CIVIL RIGHTS                                                                            APPEAL OF AGENCY DECISION
         CONDEMNATION               ACCOMMODATIONS                                  [ ] 462 NATURALIZATION
[ ] 220  FORECLOSURE        [ ] 445 AMERICANS WITH  [ ] 550 CIVIL RIGHTS                    APPLICATION                                      [ ] 950 CONSTITUTIONALITY OF
[ ] 230  RENT LEASE &               DISABILITIES -  [ ] 555 PRISON CONDITION        [ ] 465 OTHER IMMIGRATION                                       STATE STATUTES
         EJECTMENT                  EMPLOYMENT      [ ] 560 CIVIL DETAINEE                  ACTIONS
[ ] 240  TORTS TO LAND      [ ] 446 AMERICANS WITH     CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT               DISABILITIES -OTHER
         LIABILITY          [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND:  [ ] YES  [X] NO          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

| (PLACE AN x IN ONE BOX ONLY) | | ORIGIN | | | | |
|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation (Transferred) | [ ] 7 Appeal to District Judge from Magistrate Judge |
| | [ ] a. all parties represented | | | | | |
| | [ ] b. At least one party is pro se. | | | [ ] 8 Multidistrict Litigation (Direct File) | | |

(PLACE AN x IN ONE BOX ONLY)      **BASIS OF JURISDICTION**      *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION   [x] 4 DIVERSITY
(U.S. NOT A PARTY)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [X] 2 | [X] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

U.S. Bank, N.A.
800 Nicollet Mall
Minneapolis, MN 55402

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Windstream Services, LLC
4001 N Rodney Parham Rd.
Little Rock, AR 72212

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [x] MANHATTAN

DATE 10/12/2017   _/s/ Christopher M. Colorado_
SIGNATURE OF ATTORNEY OF RECORD
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. September Yr. 2007 )
Attorney Bar Code # 4536298

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)