UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION,
solely in its capacity as indenture trustee of
Windstream Services, LLC's 6 3/8% Senior
Notes due 2023,

       Plaintiff

  vs.

WINDSTREAM SERVICES, LLC,

       Defendant.
---------------------------------------------------------x

No. 17 Civ. 7857

**PLAINTIFF'S**
**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff U.S. Bank National Association, not in its individual capacity but solely in its capacity as indenture trustee of Windstream Services, LLC's 6 3/8% Senior Notes due 2023, by its undersigned counsel, hereby discloses that it is a wholly owned subsidiary of U.S. Bancorp., which is a publicly traded company and no one person or entity owns more than 10% or more of Bancorp.

Dated:   October 12, 2017
           New York, NY

           Respectfully submitted,

           FRIEDMAN KAPLAN SEILER
             & ADELMAN LLP

            s/ Christopher M. Colorado
           Edward A. Friedman (efriedman@fklaw.com)
           Daniel B. Rapport (drapport@fklaw.com)
           Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
           Christopher M. Colorado (ccolorado@fklaw.com)
           7 Times Square
           New York, New York 10036-6516
           (212) 833-1100

*Attorneys for U.S. Bank National Association, solely in its capacity as indenture trustee of Windstream Services, LLC's 6 3/8% Senior Notes due 2023*