AARON H. MARKS
JOSHUA M. GREENBLATT
STEPHEN E. HESSLER, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Windstream Services, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee, | CASE NO. 1:17-cv-07857 |
| Plaintiff and Counterclaim-Defendant, | **RULE 7.1 STATEMENT** |
| - against - | |
| WINDSTREAM SERVICES, LLC, | |
| Defendant and Counterclaim-Plaintiff, | |
| - against - | |
| AURELIUS CAPITAL MASTER, LTD. | |
| Counterclaim-Defendant. | |

### DISCLOSURE STATEMENT OF WINDSTREAM SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant and Counterclaim-Plaintiff Windstream Services, LLC ("Services") certifies that Services is a wholly owned subsidiary of the public corporation Windstream Holdings, Inc.

Dated: October 13, 2017
      New York, New York

/s/ Aaron H. Marks
AARON H. MARKS
JOSHUA M. GREENBLATT
STEPHEN E. HESSLER, P.C.

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  aaron.marks@kirkland.com
        joshua.greenblatt@kirkland.com
        stephen.hessler@kirkland.com

- and -

JAMES H.M. SPRAYREGEN, P.C.
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com

*Counsel to Defendant and Counterclaim-Plaintiff Windstream Services, LLC*