**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

ARTHUR H. AUFSES III
PARTNER
PHONE 212-715-9234
FAX 212-715-8234
aaufses@kramerlevin.com

October 18, 2017

BY ECF

Hon. Jesse M. Furman
U.S. District Court for the Southern District of
New York
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY  10007

        Re:    *U.S. Bank National Association v. Windstream Services, LLC*, Docket No. 17 Civ. 7857 (JMF) (S.D.N.Y.)

Dear Judge Furman:

        We represent Counterclaim-Defendant Aurelius Capital Master, Ltd. (the "Fund").

        At the outset, we note a procedural issue.  The Fund is organized under the laws of the Cayman Islands, and for a number of reasons we question whether personal jurisdiction over the Fund is proper in New York.  Nevertheless, like the Trustee, we want to expedite the resolution of this dispute and reduce the number of distractions for the parties and the Court. Therefore, the Fund will not raise the issue of personal jurisdiction in the action, but the Fund is not waiving any such defense in other actions that may involve the Fund in the State of New York.

        On the merits of the questions before the Court today, we join in the observations and proposals made on behalf of the Trustee in the letter sent to the Court earlier today.

        Respectfully yours,

        /s/ Arthur H. Aufses III

cc:    Counsel of Record (By ECF)