# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| Aaron H. Marks<br>To Call Writer Directly:<br>(212) 446-4856<br>aaron.marks@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

October 23, 2017

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

> Re: *U.S. Bank National Association v. Windstream Services, LLC*,
> 17-CV-07857 (S.D.N.Y.)

Dear Judge Furman:

We write to briefly respond to the new suggestion of a "clarification" order contained in Counterclaim-Defendants' letter brief, filed on Friday night. Their proposal -- that the Court enter an order clarifying that the effect of a notice of acceleration would be conditioned on an adjudication on the merits -- is unhelpful. Once Aurelius or US Bank declare a default, regardless of whether its effect is subject to further action, the Company will face automatic cross-defaults on its other indentures and the bankrupting consequences that follow.

It remains that the Court is authorized to order a stay of the cure period pending expedited discovery and trial, and this is the most appropriate solution for the present circumstances. It would ensure adjudication of the underlying merits before subjecting the Company to potentially devastating consequences. Moreover, a stay of the cure period pending disposition of this matter would clearly cause no prejudice to Counterclaim-Defendants, given that, as manifested by their clarifying order proposal, they are apparently willing to agree to adjudication of the underlying merits before triggering any remedy for a default in this matter.

## KIRKLAND & ELLIS LLP

Hon. Jesse M. Furman
October 23, 2017
Page 2

                                                                Respectfully submitted,

                                                                /s/ Aaron H. Marks

                                                                Aaron H. Marks

cc:     All Counsel of Record (via ECF)