UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
U.S. BANK NATIONAL ASSOCIATION,
solely in its capacity as indenture trustee of
Windstream Services, LLC's 6 3/8% Senior
Notes due 2023,

                Plaintiff-Counterclaim
                Defendant,

      vs.

WINDSTREAM SERVICES, LLC,

                Defendant-
                Counterclaimant,

      vs.

AURELIUS CAPITAL MASTER, LTD.,

                Counterclaim Defendant.
------------------------------------------------------------------ x

Case No.: 1:17-cv-07857

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff and counterclaim defendant U.S. Bank National Association, solely in its capacity as indenture trustee of Windstream Services, LLC's 6 3/8% Senior Notes due 2023 (the "Trustee"), and counterclaim defendant Aurelius Capital Master, Ltd. ("Aurelius") hereby appeal to the United States Court of Appeals for the Second Circuit from the order, entered in this action on October 25, 2017, Docket Entry 36, tolling the cure period of defendant and counterclaimant Windstream Services, LLC from November 20, 2017 until December 7, 2017, and prohibiting the Trustee and Aurelius from declaring an Event of Default or serving a notice of acceleration prior to December 7, 2017.

3304843.2

Dated: New York, New York
October 30, 2017

                FRIEDMAN KAPLAN SEILER &
                  ADELMAN LLP

                /s/ *Edward A. Friedman*
                Edward A. Friedman (efriedman@fklaw.com)
                Daniel B. Rapport (drapport@fklaw.com)
                Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
                Christopher M. Colorado (ccolorado@fklaw.com)
                7 Times Square
                New York, NY 10036-6516
                Tel: (212) 833-1100
                Fax: (212) 833-1250

*Attorneys for Plaintiff-Counterclaim Defendant U.S. Bank National Association, solely in its capacity as indenture trustee of Windstream Services, LLC's 6 3/8% Senior Notes due 2023*


                KRAMER LEVIN NAFTALIS &
                  FRANKEL LLP

                _____
                Arthur H. Aufses III (aaufses@kramerlevin.com)
                1177 Avenue of the Americas
                New York, NY 10036
                (212) 715-9100

*Attorneys for Counterclaim Defendant Aurelius Capital Master, Ltd.*