UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>              Plaintiff and Counterclaim-<br>              Defendant,<br><br>  - against -<br><br>WINDSTREAM SERVICES, LLC,<br><br>              Defendant, Counterclaim-<br>              Plaintiff and Counterclaim<br>              Defendant,<br>  -against-<br><br>AURELIUS CAPITAL MASTER, LTD.<br><br>              Counterclaim-Defendant<br>              and Counterclaim-Plaintiff. | Case No.: 17-cv-7857 (JMF)<br><br>Hon. Jesse M. Furman<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF WINDSTREAM SERVICES, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE, that upon the Declaration of Aaron H. Marks, dated November 21, 2017, the exhibits annexed thereto, the accompanying Memorandum of Law, and the pleadings and proceedings in this matter, Windstream Services, LLC ("Services") will move before the Honorable Jesse M. Furman, United States District Judge, in Courtroom 1105 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a time and place to be scheduled by this Court, for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

Dated: November 21, 2017
New York, New York

/s/ Aaron H. Marks
AARON H. MARKS
JOSHUA M. GREENBLATT
STEPHEN E. HESSLER, P.C.

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: aaron.marks@kirkland.com
joshua.greenblatt@kirkland.com
stephen.hessler@kirkland.com

- and -

James H.M. Sprayregen, P.C.
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com

*Counsel to Defendant, Counterclaim-Plaintiff and Counterclaim-Defendant Windstream Services, LLC*