December 22, 2017

BY ECF

Hon. Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

        Re:    *U.S. Bank National Association v. Windstream Services, LLC*,
                Docket No. 17 Civ. 7857 (JMF) (S.D.N.Y.)

Dear Judge Furman:

    Pursuant to Your Honor's Individual Rules of Practice and Case Management Order entered December 14, 2017 (Dkt. 90), the parties write to jointly request a short extension of two dates in the Case Management Order.

    The parties request that the deadline for Rule 26(a)(1) Disclosures be extended to January 5, 2018. The previous deadline was December 28, 2017. The parties have not previously requested an extension of this deadline. The parties are seeking an extension due to the holidays.

    The parties also request that the deadline for US Bank, National Association and Aurelius Capital Master, Ltd. to respond to Windstream Services, LLC's Amended Counterclaims (Dkt. 72) be extended to January 5, 2018. The previous deadline was December 28, 2017. The parties have not previously requested an extension of this deadline. The parties are seeking an extension due to the holidays.

    All parties consent to the above-requested extensions. The parties' next scheduled appearance before the Court is on March 8, 2018.

    Thank you for your consideration of these matters.

                                  *******

                            Respectfully submitted,

| /s/ Edward A. Friedman | /s/ Aaron H. Marks | /s/ Arthur H. Aufses III |
|---|---|---|
| Edward A. Friedman | Aaron H. Marks | Arthur H. Aufses III |
| **Friedman Kaplan Seiler & Adelman LLP** | **Kirkland & Ellis LLP** | **Kramer Levin Naftalis & Frankel LLP** |
| *On behalf of Plaintiff-Counterclaim Defendant U.S. Bank National Association* | *On behalf of Defendant-Counterclaimant Windstream Services, LLC* | *On behalf of Counterclaim Defendant-Counterclaimant Aurelius Capital Master Ltd.* |