# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Aaron H. Marks
To Call Writer Directly:
(212) 446-4856
aaron.marks@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

March 15, 2018

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Room 6B
New York, New York 10007

      Re:    *U.S. Bank National Association v. Windstream Services, LLC*,
             17-CV-07857-JMF-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

    We represent defendant, counterclaim-plaintiff and counterclaim-defendant Windstream Services, LLC ("Windstream") in the above-referenced action and write on behalf of Windstream and Aurelius Capital Master, Ltd. ("Aurelius") to inform the Court that Windstream and Aurelius have resolved the dispute related to confidentiality designations (Dkt. Nos. 115; 117) and no longer require an adjudication by Your Honor.

    The parties reserve their respective rights to challenge and to defend additional designations in the future consistent with the guidance Your Honor has provided.

                                                Respectfully submitted,

                                               /s/ *Aaron H. Marks*

                                               Aaron H. Marks

cc:    All Counsel of Record (via ECF)