UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— X

U.S. BANK NATIONAL ASSOCIATION,                 :
solely in its capacity as indenture trustee of  :
Windstream Services, LLC's 6 3/8% Senior        :
Notes due 2023,                                 :
                                                :
                  Plaintiff and Counterclaim    :
                  Defendant,                    :
                                                :        17 CIV. 7857 (JMF)
vs.                                             :
                                                :        ~~PROPOSED~~ ORDER
WINDSTREAM SERVICES, LLC,                        :        PERMITTING INTERNET
                                                :        CONNECTIVITY
                  Defendant, Counterclaim       :
                  Plaintiff, and Counterclaim   :
                  Defendant,                     :
vs.                                             :
                                                :
AURELIUS CAPITAL MASTER, LTD.,                   :
                                                :
                  Counterclaim Defendant and    :
                  Counterclaim Plaintiff.       :

———————————————————— X


        **IT IS HEREBY ORDERED** that Courtroom Connect, a Southern District of New York

contracted vendor, is authorized to provide parties in *U.S. Bank National Association v.*

*Windstream Services, LLC*, No. 17 Civ. 07857 (JMF) with internet connectivity for the duration

of the proceedings scheduled to begin on July 23, 2018.  Courtroom Connect can proceed to make

proper arrangements with the District Executive Office of the Court.


Dated: _July 17, 2018_____        _____

                                     HONORABLE JESSE M. FURMAN
                                     United States District Judge