# ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP

1801 K STREET, N.W., SUITE 411 L
WASHINGTON, D.C. 20006
PHONE (202) 775-4500
FAX (202) 775-4510
www.robbinsrussell.com

William J. Trunk                                                                               (202) 775-4517
wtrunk@robbinsrussell.com

July 18, 2018

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY  10007

      Re:    *U.S. Bank National Association v. Windstream Services, LLC v. Aurelius Capital Master, Ltd.*, 17-cv-7857 (JMF) (S.D.N.Y.)

Dear Judge Furman:

    Counterclaim-Defendant/Counterclaim-Plaintiff Aurelius Capital Master, Ltd. ("Aurelius") and Defendant/Counterclaim-Plaintiff/Counterclaim-Defendant Windstream Services, LLC ("Services") have entered into the enclosed stipulation regarding certain facts in connection with the upcoming trial in this matter.  This stipulation obviates the need for the testimony of one witness Aurelius would otherwise have called: Jim Montano of Global Bondholder Services Corporation. *See* Aurelius Proposed Findings of Fact and Conclusions of law (Dkt. 160 at ¶ 145).

                                          Respectfully submitted,

                                          ROBBINS, RUSSELL, ENGLERT,
                                          ORSECK, UNTEREINER & SAUBER

                                      By: /s/  William J. Trunk
                                            William J. Trunk
                                            1801 K St. N.W. Suite 411L
                                            Washington, DC 20006
                                            Tel: (202) 775-4517
                                            Fax: (202) 775-4510

                                            *Attorneys for Counterclaim*
                                            *Defendant and Counterclaim Plaintiff,*
                                            *Aurelius Capital Master, Ltd.*

cc:  All counsel of record (via ECF)