UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION, :
solely in its capacity as indenture trustee of :
Windstream Services, LLC's 6 3/8% Senior :
Notes due 2023, :
: 
        Plaintiff and Counterclaim :
        Defendant, :
:   17 Civ. 7857 (JMF)
    vs. :
:
WINDSTREAM SERVICES, LLC, :
:
        Defendant, Counterclaim :
        Plaintiff, and Counterclaim :
        Defendant, :
    vs. :
:
AURELIUS CAPITAL MASTER, LTD., :
:
        Counterclaim Defendant and :
        Counterclaim Plaintiff. :
---------------------------------------------------------------X

## [PROPOSED] ORDER FOR WITHDRAWAL OF ATTORNEY

**IT IS HEREBY ORDERED** that, pursuant to Rule 1.4 of the Local Rules of this Court, Daniel N. Lerman is withdrawn as counsel for Aurelius Capital Master, Ltd. in this matter.

Dated:_____

                                                                              Jesse M. Furman
                                                                              United States District Judge