UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as indenture trustee of Windstream Services, LLC's 6 3/8% Senior Notes due 2023, | |
| Plaintiff and Counterclaim Defendant, | |
| vs. | 17 Civ. 7857 (JMF) |
| WINDSTREAM SERVICES, LLC, | |
| Defendant, Counterclaim Plaintiff, and Counterclaim Defendant, | |
| vs. | |
| AURELIUS CAPITAL MASTER, LTD., | |
| Counterclaim Defendant and Counterclaim Plaintiff. | |

**DECLARATION OF DANIEL N. LERMAN IN SUPPORT OF
PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY**

I, Daniel N. Lerman, declare and state as follows:

1. I am currently a partner in the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP ("Robbins Russell"), counsel for Counterclaim-Defendant and Counterclaim-Plaintiff Aurelius Capital Master, Ltd. ("Aurelius"). Pursuant to Rule 1.4 of the Local Rules of this Court, I submit this declaration in support of the Proposed Order for Withdrawal of Attorney.

2. On April 13, 2018, this Court granted my motion to appear *pro hac vice*.

1

3. On July 23, 2018, this Court commenced a bench trial in this matter. The trial was completed on July 31, 2018. The matter is currently pending before this Court.

4. I will be leaving the employment of Robbins Russell and, on or about September 17, 2018, will be commencing employment with the United States Department of Justice.

5. Several other attorneys from Robbins Russell have entered appearances in this matter and will continue to represent Aurelius after my departure from the firm.

6. I have informed Aurelius of my departure from Robbins Russell and of my intent to withdraw as its counsel in this matter. Aurelius has informed me that it consents to my withdrawal.

7. I am not asserting a retaining or charging lien.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Washington, DC
August 13, 2018

/s/ Daniel N. Lerman
Daniel N. Lerman (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street NW, Suite 411L
Washington, DC 20006
Tel: (202) 775-4518
Fax: (202) 775-4510
Email: dlerman@robbinsrussell.com

*Attorney for Counterclaim*
*Defendant and Counterclaim Plaintiff,*
*Aurelius Capital Master, Ltd.*

**CERTIFICATE OF SERVICE**

     I hereby certify that, on August 13, 2018, I will electronically file the foregoing document with the United States District Court for the Southern District of New York using the CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.


                                          /s/ Daniel N. Lerman
                                          Daniel N. Lerman