UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

U.S. Bank National Association    Plaintiff,

Case No. 1:17-cv-7857-JMF-GWG

-against-

Windstream Services, LLC    Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Brandon L. Arnold**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: N/A          My State Bar Number is: 5211172

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Robbins Russell Englert Orseck Untereiner & Sauber
            FIRM ADDRESS: 1801 K St. NW, Suite 411L, Washington, DC 20006
            FIRM TELEPHONE NUMBER: 202-775-4500
            FIRM FAX NUMBER: 202-775-4510

NEW FIRM:   FIRM NAME: Robbins Russell Englert Orseck Untereiner & Sauber
            FIRM ADDRESS: 2000 K St. NW 4th Fl., Washington, DC 20006
            FIRM TELEPHONE NUMBER: 202-775-4500
            FIRM FAX NUMBER: 202-775-4510

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/05/2018                    s/ Brandon L. Arnold
                                     ATTORNEY'S SIGNATURE