UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as indenture trustee of Windstream Services, LLC's 6 3/8% Senior Notes due 2023,<br><br>            Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>WINDSTREAM SERVICES, LLC,<br><br>            Defendant, Counterclaim-Plaintiff, and Counterclaim-Defendant<br><br>    v.<br><br>AURELIUS CAPITAL MASTER, LTD.<br><br>            Counterclaim-Defendant and Counterclaim-Plaintiff. | Case No.: 17-CV-7857 (JMF) |

## SUGGESTION OF BANKRUPTCY OF WINDSTREAM SERVICES, LLC

**PLEASE TAKE NOTICE** that on February 25, 2019, Defendant, Counterclaim-Plaintiff, and Counterclaim-Defendant Windstream Services, LLC ("Services"), together with certain of its affiliates (collectively, the "Debtors"), filed voluntary petitions (the "Bankruptcy Petitions") for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York, in White Plains, New York (the "Bankruptcy Court"). Services' case is entitled *In re Windstream Services, LLC*, No. 19-

1

22400 (RDD), and the lead case is entitled *In re Windstream Holdings, Inc., et al.*, No 19-22312 (RDD).  As of the date of the filing of this Suggestion of Bankruptcy, the Debtors' Chapter 11 cases are pending.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 362(a) of the Bankruptcy Code, the Debtors' filing of the Bankruptcy Petitions operates as a stay of, among other things, the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the filing of the Bankruptcy Petitions or to recover any claims against the Debtors that arise before the filing of the Bankruptcy Petitions; the enforcement against the Debtors or against any property of the Debtors' bankruptcy estates of a judgment obtained before the filing of the Bankruptcy Petitions; any act to obtain possession of property of or from the Debtors' bankruptcy estates or to exercise control over property of the Debtors' bankruptcy estates; and any act to create, perfect, or enforce any lien against property of the estate, or against the property of the Debtors to the extent that any such lien secures a claim that arose before the filing of the Bankruptcy Petitions.

Dated: February 25, 2019
New York, New York

/s/Aaron H. Marks
AARON H. MARKS, P.C.
STEPHEN E. HESSLER, P.C.

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: aaron.marks@kirkland.com
stephen.hessler@kirkland.com

- and -

James H.M. Sprayregen, P.C.
Richard C. Godfrey, P.C.
Hariklia Karis, P.C.
Richard U.S. Howell
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
rgodfrey@kirkland.com
hkaris@kirkland.com
rhowell@kirkland.com

*Counsel to Defendant, Counterclaim-Plaintiff, and Counterclaim-Defendant Windstream Services, LLC*