**ROBBINS | RUSSELL**
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP

Lawrence S. Robbins  202.775.4501
lrobbins@robbinsrussell.com

February 25, 2019

*Via ECF*

The Honorable Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *U.S. Bank N.A. v. Windstream Services, LLC v. Aurelius Capital Master, Ltd.*

Dear Judge Furman:

    I write on behalf of Aurelius Capital Master, Ltd. ("Aurelius") pursuant to the Court's order of February 15, 2019 ("Order"). In its Order, the Court directed Aurelius to meet and confer with all parties and to submit a proposed judgment no later than February 25, 2019. Aurelius did so, and was prepared to submit this afternoon a draft judgment to which no party objected.

    Earlier today, however, Windstream Services and its affiliates filed for Chapter 11 protection in the U.S. Bankruptcy Court in the Southern District of New York. *See* Dkt. 246 (Suggestion of Bankruptcy); *see also*, *e.g.*, *Windstream Services, LLC*, 7-19-bk-22400 (Bankr. S.D.N.Y. Feb. 25, 2019). In light of the Bankruptcy Code's automatic stay provision, 11 U.S.C. § 362, Aurelius will refrain from filing the draft judgment at this time. Aurelius will take guidance from the Court as to whether and to what extent the automatic stay preempts entry of judgment in this matter. In the meantime, Aurelius is available to answer any questions the Court may have.

    Sincerely,

    /s/ _____
    Lawrence S. Robbins

2000 K Street, NW | 4th Floor | Washington, DC 20006
P 202.775.4500 | F 202.775.4510
www.robbinsrussell.com

ROBBINS | RUSSELL

Hon. Jesse M. Furman
February 25, 2019
Page 2

cc: Richard C. Godfrey (via ECF)
    Edward A. Friedman (via ECF)